CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

**MAR 2 0 2012**

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION
MARCH 2012 SESSION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. _2:12-CR-00007_ |
| v. | ) | |
| | ) | All in violation of: |
| ANTONIO JOHNSON | ) | |
| | ) | Title 18, U.S.C.  § 7 |
| | ) | Title 18, U.S.C. § 1111 |

## INDICTMENT

## COUNT ONE

### (First Degree Pre-Meditated Murder)

The Grand Jury charges:

1.   That on or about January 21, 2010, in the Western Judicial District of Virginia, ANTONIO JOHNSON, at a place within the special maritime and territorial jurisdiction of the United States, namely the United States Penitentiary - Lee County, on land acquired for the use of the United States, willfully, deliberately, maliciously and with premeditation and malice aforethought, did unlawfully kill Ernest Bennett by stabbing him.

2. All in violation of Title 18, United States Code, §§ 7 and 1111(a).

A true bill this 20th day of March, 2012.

_____
Vice FOREPERSON

TIMOTHY J. HEAPHY
UNITED STATES ATTORNEY